GUY H. MONTMARTIN, Respondent, v. DUPUIS PROCESS, INC., et al., Appellants.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

MILES J. LOURIE, an Infant, by FELIX C. LOURIE, His Guardian ad Litem, et al., Appellants, v. MOSES SWICK et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of SOLOMON MASSAROF et al., Appellants, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of CHARLES M. DELAND et al., Copartners under the Name of C. M. DELAND, against DELANO FABRICS, INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

MARY CARPINK, Appellant-Respondent, v. FRED KARPINK, Defendant. PETER A. LAURIA, Respondent-Appellant. (Action No. 1.) MARY CARPINK, Appellant-Respondent, v. FRED KARPINK, Defendant. PETER A. LAURIA, Respondent-Appellant. (Action No. 2.) No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to affirm. Settle order on notice.

EMANUEL NEWMAN et al., Respondents, v. CITY OF NEW YORK et al., Defendants, and ALL CONTINENT CORPORATION et al., Defendants-Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

JOHN BANCROFT, JR., Appellant, v. FRANCES H. BANCROFT, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

ARNOLD SCHAAR, Respondent, v. SWISS BANK CORPORATION, Appellant et al., Defendants.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.